1
2
3
4
5
6
7
8
9                    UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF WASHINGTON
10                            AT TACOMA

11   ANTHONY BOTEILHO,

12                  Plaintiff,              CASE NO.  C09-5407FDB/JRC

13          v.
                                           ORDER
14   CHRISTINE GREGOIRE  *et al.*,

15                  Defendants.

16

17        This 42 U.S.C. § 1983 action has been referred to the undersigned Magistrate Judge

18   pursuant to 28 U.S.C. §§ 636 (b) (1) (A) and 636 (b) (1) (B) and Local Magistrates Judges' Rules

19
     MJR 1, MJR 3, and MJR 4.  On November 23, 2009 the court received a letter from plaintiff
20
     regarding this action (Dkt. # 13).  Plaintiff is cautioned that the court does not conduct business
21
22   by letter and a motion is the proper manner to bring a matter to the court's attention.

23        The letter states that plaintiff wishes the court to serve the seventeen defendants for

24   whom the full name was provided in the amended complaint.  The court ordered plaintiff to

25
     provide a new set of Marshal's service forms on November 3, 2009 (Dkt. # 12).  The court
26
     entered this order so there will be no doubt and no mistake as to whom plaintiff wants served.

The court extends the deadline for providing the service forms until January 29, 2010. Failure to provide a new set of forms will result in a Report and Recommendation that this action be dismissed.

The Clerk is directed to send a copy of this Order to plaintiff. The Clerk should also note the January 29, 2010, date on the court's calendar.

DATED this 15th day of December, 2009.

J. RICHARD CREATURA
UNITED STATES MAGISTRATE JUDGE

ORDER - 2